IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHAEL DURBIN AND KIM DURBIN, <br><br> Plaintiffs, <br><br> vs. <br><br> DECISION ONE MORTGAGE, LLC; <br> HSBC MORTGAGE SERVICES, INC; <br> CALIBER HOME LOANS, INC.; <br> WILSON & ASSOCIATES, PLLC; and <br> AMERICAN HOMES 4 RENT, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF REMOVAL

Defendant Caliber Home Loans, Inc. ("Caliber"), pursuant to 28 U.S.C §§ 1331, 1367, 1441 and 1446, hereby gives notice of the removal of the above-entitled action from the Chancery Court for Williamson County, Tennessee to the United States District Court for the Middle District of Tennessee, Nashville Division. As grounds for removal, Caliber states as follows:

### BACKGROUND

1. This lawsuit is a civil action within the meaning of 28 U.S.C. §§ 1441(a) and 1446(b).

2. On February 10, 2017, Plaintiffs filed a Complaint against Decision One Mortgage, LLC; HSBC Mortgage Services, Inc.; Caliber Home Loans, Inc.; Wilson & Associates, PLLC; and American Homes 4 Rent in the Chancery Court for Williamson County, Tennessee, Case No. 2017-CV-45927.

3. Caliber was served with summons and a copy of the Complaint on February 23, 2017.

4. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders in this action is attached hereto as **Exhibit A**.

5. All other defendants have consented to removal of this action.

### JURISDICTIONAL BASIS FOR REMOVAL

6. 28 U.S.C. § 1441 provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. §§ 1331 and 1367, this Court has original jurisdiction over Plaintiffs' federal claims and supplemental jurisdiction over all related state law claims.

8. Further, this removal is timely under 28 U.S.C. § 1446(b) because Caliber filed this notice within thirty (30) days after the date the Complaint was served on Caliber.

### FEDERAL QUESTION

9. Under 28 U.S.C. § 1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

10. In the Complaint, Plaintiffs assert federal claim for violation of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601 *et seq.*, the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 *et seq.*, and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692–1692p. Compl. ¶¶ 63–105. Therefore, under 28 U.S.C. § 1331, this Court has original jurisdiction over these federal claims. To the extent any state law claims related to alleged

breach of contract of the terms of a Note or Deed of Trust exist, this Court has supplemental jurisdiction over Plaintiffs' state law claims under 28 U.S.C. § 1367.

### ALL OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED

11. The United States District Court for the Middle District of Tennessee, Nashville Division, is the appropriate court for filing a notice of removal from the Chancery Court of Williamson County, Tennessee.

12. Pursuant to 28 U.S.C. § 1446(d), Caliber will file a copy of this notice of removal with the clerk of the Chancery Court of Williamson County, Tennessee and will also provide a copy of this notice to Plaintiffs.

WHEREFORE, Caliber respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Chancery Court of Williamson County, Tennessee to the United States District Court for the Middle District of Tennessee, Nashville Division.

Respectfully submitted,

*/s/ Benjamin W. Perry*
Heather H. Wright (BPR No. 30649)
Benjamin W. Perry (BPR No. 34387)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 252-3515
Fax: (615) 252-6364
Email: hwright@bradley.com
Email: bperry@bradley.com

*Attorneys for Defendants Caliber Home Loans, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document is being served via U.S. Mail, first class postage prepaid to the following on March 28, 2017:

Michael and Kim Durbin
2202 Charles Way
Spring Hill, TN 37174

*Pro se Plaintiffs*

Darrell L. West, Esq.
Dickinson Wright PLLC
424 Church St.
Suite 1401
Nashville, TN 37219

*Attorney for Decision One Mortgage, LLC and HSBC Mortgage Services, Inc.*

Todd A. Bricker, Esq.
Ortale Kelley
330 Commerce Street
Suite 100
Nashville, TN 37201

*Attorney for American Homes 4 Rent*

                                                */s/ Benjamin W. Perry*
                                                Benjamin W. Perry